# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RHEUARK, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>UNITED RECEIVABLES GROUP, LLC<br><br>           Defendant. | CASE NO. 2:16-cv-01377-R-KS<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

The Court has reviewed the Stipulation of Defendant UNITED RECEIVABLES GROUP, LLC ("Defendant"), by and through its respective counsel of record, Shawn Eldridge; and by and through counsel for Plaintiff JENNIFER RHEUARK, L. Timothy Fisher and Scott A. Bursor; to dismiss the

{RHEUARK - [PROPOSED] ORDER RE DISMISSAL;1}                    ORDER STIPULATION OF DISMISSAL
                                                               CASE NUMBER: 2:16-CV-01377-R-KS

above-entitled action, with prejudice as to Plaintiff's individual action, and without prejudice as to class action claims.  Pursuant to the Stipulation between the parties, the Court orders as follows:

1.  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED:  September 28, 2016

_____
HONORABLE JUDGE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE